CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
AGROCORP INTERNATIONAL PTE LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AGROCORP INTERNATIONAL PTE LTD.,

          Plaintiff,

    v.

BELORUSSIAN SHIPPING COMPANY,

          Defendant.
------------------------------------------------------------X

07 CV 11505

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, AGROCORP INTERNATIONAL PTE LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       December 21, 2007

                                  CHALOS, O'CONNOR & DUFFY, LLP
                                  Attorneys for Plaintiff

       By:        _____
                                  Owen F. Duffy (OD-3144)
                                  George E. Murray (GM-4172)
                                  366 Main Street
                                  Port Washington, New York 11050
                                  Tel: (516) 767-3600
                                  Fax: (516) 767-3605

[Stamp: RECEIVED DEC 21 2007 U.S.D.C. S.D.N.Y. CASHIERS]
[Stamp: JUDGE CHIN]