```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
AGROCORP INTERNATIONAL PTE LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AGROCORP INTERNATIONAL PTE LTD.,

                Plaintiff,

    v.

BELORUSSIAN SHIPPING COMPANY,

                Defendant.
-----------------------------------------------------------------X

**JUDGE CHIN**

07 CV 11505

ORDER APPOINTING
A SPECIAL PROCESS
SERVER

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 21st day of December, 2007, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, BELORUSSIAN SHIPPING COMPANY.

Dated: New York, New York
       December 21, 2007

SO ORDERED:

_____
U. S. D. J.

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY _____
    DEPUTY CLERK