CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
AGROCORP INTERNATIONAL PTE LTD.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AGROCORP INTERNATIONAL PTE LTD.,

                     Plaintiff,

                     07 CV 11505 (DC)

      v.

                    **ATTORNEY'S AFFIDAVIT THAT DEFENDANT CANNOT BE FOUND WITHIN THE DISTRICT**

BELARUSIAN SHIPPING COMPANY,

                    Defendant.
-----------------------------------------------------------------X
STATE OF NEW YORK    :
                               : ss.
COUNTY OF NASSAU    :

    This affidavit is executed by the attorney for the Plaintiff, AGROCORP INTERNATIONAL PTE LTD., (hereinafter "AGROCORP"), in order to secure the issuance of a Summons and First Amended Process of Attachment and Garnishment in the above-entitled, *in personam*, Admiralty cause.

    Owen F. Duffy, being first duly sworn, deposes and states:

    1.    I am a partner of the firm of Chalos, O'Connor & Duffy LLP representing Plaintiff, AGROCORP, in this case.

2. I have personally inquired or have directed inquiries into the presence of Defendant BELARUSIAN SHIPPING COMPANY in this District.

3. I have personally checked with the office of the Secretary of State of the State of New York, using the Secretary of State's Division of Corporations database, and I have determined that, as of March 24, 2008, the Defendant BELARUSIAN SHIPPING COMPANY is not incorporated pursuant to the laws of New York, is not qualified to conduct business within the State of New York and has not nominated agents for the service of process within New York because the Secretary of State of the State of New York has no records for the Defendant BELARUSIAN SHIPPING COMPANY.

4. I have inquired of Verizon Telephone Company whether the Defendant BELARUSIAN SHIPPING COMPANY can be located within this District. The Verizon Telephone Company has advised me that the Defendant does not have any telephone number listings within this District.

5. I have further consulted with several other telephone directories on the internet, and I have found no telephone listing or address for the Defendant BELARUSIAN SHIPPING COMPANY within this District.

6. I have further made several searches on the internet with various search engines and maritime websites, and I have found no indication that the Defendant BELARUSIAN SHIPPING COMPANY can be found within this District.

7. In that I have been able to determine that the Defendant BELARUSIAN SHIPPING COMPANY is not based in the United States of America and that I have found no indication that the Defendant BELARUSIAN SHIPPING COMPANY can be found within this District, I have formed a good faith belief that the Defendant

BELARUSIAN SHIPPING COMPANY does not have sufficient contacts or business activities within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty or Maritime Claims as set forth in the Federal Rules of Civil Procedure.

8. It is my belief, based upon my own investigation that the Defendant BELARUSIAN SHIPPING COMPANY cannot be found within this District for the purposes of Rule B of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure.

Dated: Port Washington, New York
March 24, 2008

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,

By: _____
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605

Subscribed and sworn to before me this
March 24, 2008

_____
Notary Public, State of New York

GEORGE E. MURRAY
Notary Public, State of New York
No. 02MU6108120
Qualified in New York County
Commission Expires April 12, 2008