# MEMO ENDORSED



CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
AGROCORP INTERNATIONAL PTE LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AGROCORP INTERNATIONAL PTE LTD.,

               Plaintiff,

   v.

BELARUSIAN SHIPPING LINE,

               Defendant.
------------------------------------------------------------X

07 CV 11505 (DC)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

     PLEASE TAKE NOTICE that the above-captioned action is hereby voluntarily dismissed without prejudice by Plaintiff, AGROCORP INTERNATIONAL PTE LTD, as to the Defendant, BELARUSIAN SHIPPING LINE, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

     FURTHERMORE, the First Amended Process of Maritime Attachment and Garnishment issued by this Court, by Order dated March 25, 2008, as well as any and all previous Processes of Maritime Attachment and Garnishment are hereby vacated and any

and all funds attached in this matter are to be released by the garnishees as to this action, although the funds may be attached in another unrelated action.

Dated: Port Washington, New York
      July 23, 2008

                              CHALOS, O'CONNOR & DUFFY LLP
                              Attorneys for Plaintiffs,
                              MARTHA RUSS SCHIFFAHRTS, and
                              ERNST RUSS GMBH & CO KG,

By: _____
     Owen F. Duffy (OD-3144)
     366 Main Street
     Port Washington, New York 11050
     Tel:   516-767-3600
     Fax:  516-767-3605

**SO ORDERED:**

Dated: New York, New York
      July 29, 2008

_____
Hon. Denny Chin, U. S. D. J.

2